IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERIC TROTT, | § | |
| | § | No. 181, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. K23M-10-013 |
| DELAWARE DIVISION OF | § | |
| CHILD SUPPORT SERVICES, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: September 12, 2025
Decided: November 24, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its March 13, 2025 order granting summary judgment in favor of the appellee.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice